UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
02 JAN 24  PM 5: 20
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

TYJUAN WALLACE,

     Plaintiff,

VS.                                    Civil No. 01-2959-G/Bre

THE SYNERGY FOUNDATION, et al.,

     Defendants.

---

JUDGMENT IN CIVIL CASE

---

    Decision by Court.  This action came for consideration before
the Court.  The issues have been duly considered and a decision has
been rendered.

    IT IS ORDERED AND ADJUDGED that in accordance with the
provisions as set forth in the Order Assessing Filing Fee, Order of
Dismissal, and Order Certifying Appeal Not Taken in Good Faith,
entered January 18, 2002, this case is hereby DISMISSED pursuant to
28 U.S.C. § 1915(e)(2)(B)(i).


*Julia Smith Gibbons*
JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE


Date  1/24/02

ROBERT R. DI TROLIO
Clerk

*Yolanda Savage*
(By) Deputy Clerk


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ____1/25/02____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:01-CV-02959 was distributed by fax, mail, or direct printing on January 25, 2002 to the parties listed.

---

Tyjuan Wallace
SCCC-MEMPHIS
Shelby County Correc
19300
1045 Mullins Station Rd
Memphis, TN 38134

Honorable Julia Gibbons
US DISTRICT COURT